District of Columbia. Probable jurisdiction noted. *John J. Abt* and *Joseph Forer* for appellants. *Solicitor General Cox* for appellee.

No. 470. CLAY *v.* SUN INSURANCE OFFICE, LTD. C. A. 5th Cir. Certiorari granted. *Paschal C. Reese* for petitioner. *Bert Cotton* and *Hortense Mound* for respondent.

No. 14. SMITH ET UX. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Herbert L. Zuckerman* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *I. Henry Kutz* for the United States.

No. 70. TOBIN ET UX. *v.* TOMLINSON, DISTRICT DIRECTOR OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *James P. Hill* and *William R. Frazier* for petitioners. *Solicitor General Cox* for respondent.

No. 439. RADIANT BURNERS, INC., *v.* AMERICAN GAS ASSOCIATION ET AL. C. A. 7th Cir. Certiorari denied. *Lee A. Freeman, Richard F. Levy* and *Philip B. Kurland* for petitioner. *H. Templeton Brown, Horace R. Lamb, Miles G. Seeley, Robert L. Stern, Justin A. Stanley, Clarence H. Ross, Frank F. Fowle, Aloysius F. Power, Daniel Boone, Edward H. Hickey, Thomas A. Reynolds, Edward L. Foote, Robert C. Keck, Sidney Neuman* and *John L. Spalding* for respondents.